CASE NAME: Michelle Howard v. Transworld Systems, Inc.
CASE NO:

## PROOF OF SERVICE

I, the undersigned, hereby certify that I am a citizen of the United States, over the age of 18 years and not a party to the within action; my business address is 1545 Hotel Circle South, Suite 150, San Diego, California 92108. On this date I served the following:

**Notice of Removal of Action Under 28 U.S.C. § 1441(a) [Federal Question]**

( x )   BY U.S. MAIL

I served a true and correct copy of the above-named documents by mail by placing the same in a sealed envelope with postage fully prepaid, and depositing said envelope in the U.S. mail at San Diego, California. Said envelope(s) was/were addressed as listed hereafter:

( )   BY FACSIMILIE MACHINE

I caused to be transmitted by facsimile machine a true copy of the above-named documents to the below listed.

( )   BY COURT'S CM/ECF ELECTRONIC FILING SERVER

I served on the interested parties in this action through their attorney's, as stated below, who have agreed to accept electronic service in this matter, by electronically filing and serving said documents via the Court's CM/ECF electronic filing server.

Michelle P. Howard
4302 8th Ave
Los Angeles, CA 90008

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: April 28, 2016

Ann M. Coito