JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE P. HOWARD,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>TRANSWORLD SYSTEMS, INC.<br><br>　　　　Defendant. | Case No: 16-CV-02934 PA AFM<br><br>ORDER GRANTING<br>STIPULATION TO DISMISS |

　　　Based on the Stipulation to Dismiss, the above-captioned action is hereby dismissed, with prejudice, each party to bear its own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated: May 23, 2016

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　HON. PERCY ANDERSON
　　　　　　　　　　　　　　　　U.S. DISTRICT JUDGE